**FILED**

January 26, 2017

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:17-mj-00012-EFB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| CURTIS PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Curtis Phillips</u>; Case <u>2:17-mj-00012-EFB</u> from custody and for the following reasons:

    __        Release on Personal Recognizance

    __        Bail Posted in the Sum of _____

    X        Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, cosigned by defendant's wife, Michelle Phillips

    __        Appearance Bond with 10% Deposit

    __        Secured Appearance Bond

    __        Corporate Surety Bail Bond

    X        (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>1/26/2017</u> at 3:00 pm.

By _____
Kendall J. Newman
United States Magistrate Judge