UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:17-mj-00012-EFB |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CURTIS PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

FILED
January 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Curtis Phillips</u>; Case <u>2:17-mj-00012-EFB</u> from custody and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, cosigned by defendant's wife, Michelle Phillips

    __    Appearance Bond with 10% Deposit

    __    Secured Appearance Bond

    __    Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>1/26/2017</u> at 3:10 pm.

By _____
Kendall J. Newman
United States Magistrate Judge