LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, and ELO WILLIE WADLEY,<br><br>　　　　　Defendants. | Case No.: 2:17-CR-023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　May 18, 2017<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　　This matter is presently set for an initial status conference on March 9, 2017.  The case involves allegations of distribution of cocaine base stemming from an extensive investigation.  The investigation included, among other investigative tools, the use of confidential sources, controlled purchases, and the use of a court-authorized wiretap.  The government has recently provided voluminous discovery to defense counsel, including nearly 500 pages of investigative

ORDER CONTINUING STATUS
CONFERENCE

reports and two discs of investigative materials. Defense counsel have recently started reviewing this discovery as a prerequisite to conducting their own investigation regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt and Attorney Olaf Hedberg on behalf of Defendant Curtis Phillips, Attorney Michael Long on behalf of Defendant Charles Ray Goodman, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the initial status conference presently set for March 9, 2017. The parties request to continue the status conference to May 18, 2017, at 9:30 a.m., and to exclude time between March 9, 2017 and May 18, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including 500 pages of investigative reports and two discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS
CONFERENCE

of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 9, 2017 to May 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorneys Jason Hitt and/or Cameron Desmond and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: March 7, 2017

By   Todd D. Leras for
JASON HITT
Assistant United States Attorney

DATED: March 7, 2017

By   /s/ Todd D. Leras for
OLAF W. HEDBERG
Attorney for Defendant
CURTIS PHILLIPS

DATED: March 7, 2017

By   /s/ Todd D. Leras for
MICHAEL D. LONG
Attorney for Defendant
CHARLES GOODMAN

ORDER CONTINUING STATUS CONFERENCE

1  DATED: March 7, 2017

2                                                      By     /s/ Todd D. Leras for
                                                              TONI L. WHITE
3                                                             Attorney for Defendant
                                                              DEBORAH POLLARD
4
   DATED: March 7, 2017
5
                                                       By     /s/ Todd D. Leras
6                                                             TODD D. LERAS
                                                              Attorney for Defendant
7                                                             ELO WADLEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER CONTINUING STATUS
    CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the initial status conference in this matter, scheduled for March 9, 2017, is vacated. A new status conference is scheduled for May 18, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 9, 2017, up to and including May 18, 2017.

DATED:  March 7, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE