The Law Offices of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CURTIS PHILLIPS,<br><br>        Defendant. | Case Number:  2:17-CR-0023 TLN<br><br>**DEFENDANT CURTIS PHILLIPS'<br>WAIVER OF PERSONAL APPEARANCE<br>and ORDER** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, CURTIS

PHILLIPS, hereby waives the right to be present in person in open court upon the hearing of any

motion or other proceeding in this case, including, but not limited to, when the case is set for

trial, when a continuance is ordered, and when any other action is taken by the court before or

after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court

may permit pursuant to this waiver; agrees that his interests will be deemed represented at all

times by the presence of his attorney, the same as if the defendant were personally present; and

further agrees to be present in court ready for trial any day and hour the Court may fix in his

absence.

The defendant further acknowledges that he has been informed of his rights under Title

18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and

dates under that Act without his personal presence. The original signed copy of this waiver is

being preserved by the attorney undersigned.

Dated: March 24, 2017

/s/ *Curtis Phillips*
Curtis Phillips
(Original retained by attorney)


I agree and consent to my client's waiver of appearance.



Dated: March 24, 2017

*/s/ Olaf W. Hedberg*
Olaf W. Hedberg
Attorney for Sequoia Valverde




IT IS SO ORDERED.



Dated: March 28, 2017

Troy L. Nunley
United States District Judge