LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>Defendants. | Case No.: 2:17-CR-023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    August 17, 2017<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

    This matter involves a charged conspiracy to distribute cocaine base. The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and a court-authorized wiretap of a pager and two cellular telephones. The government has provided voluminous discovery to defense counsel, including nearly 500 pages of investigative reports and three discs of recordings and other materials. Defense counsel

ORDER CONTINUING STATUS
CONFERENCE

require additional time to review this discovery, and to conduct their own investigations regarding potential defenses in the case. In addition, Attorney Greg Foster made his initial appearance in this case for Defendant Conway Phillips, Jr. on April 27, 2017, and is in the process of conducting initial review of the discovery.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Olaf Hedberg on behalf of Defendant Curtis Phillips, Attorney Michael Long on behalf of Defendant Charles Ray Goodman, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Greg Foster on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for May 18, 2017. The parties request to continue the status conference to August 17, 2017, at 9:30 a.m., and to exclude time between May 18, 2017 and August 17, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including 500 pages of investigative reports and three discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

ORDER CONTINUING STATUS
CONFERENCE

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 18, 2017 to August 17, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: May 15, 2017

By    Todd D. Leras for
      JASON HITT
      Assistant United States Attorney

DATED: May 15, 2017

By    /s/ Todd D. Leras for
      OLAF W. HEDBERG
      Attorney for Defendant
      CURTIS PHILLIPS

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| DATED: May 15, 2017 | By /s/ Todd D. Leras for<br>MICHAEL D. LONG<br>Attorney for Defendant<br>CHARLES GOODMAN |
| DATED: May 15, 2017 | By /s/ Todd D. Leras for<br>TONI L. WHITE<br>Attorney for Defendant<br>DEBORAH POLLARD |
| DATED: May 15, 2017 | By /s/ Todd D. Leras<br>GREG FOSTER<br>Attorney for Defendant<br>CONWAY PHILLIPS, JR. |
| DATED: May 15, 2017 | By /s/ Todd D. Leras<br>TODD D. LERAS<br>Attorney for Defendant<br>ELO WADLEY |

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the initial status conference in this matter, scheduled for May 18, 2017, is vacated. A new status conference is scheduled for August 17, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 18, 2017, up to and including August 17, 2017.

DATED: May 16, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE