LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>Defendants. | Case No.: 2:17-CR-0023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: December 7, 2017<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

This matter involves a charged conspiracy to distribute cocaine base. The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and a court-authorized wiretap of a pager and two cellular telephones. The government has provided voluminous discovery to defense counsel, including nearly 500 pages of investigative reports and three discs of recordings and other materials. Defense counsel have

ORDER CONTINUING STATUS
CONFERENCE

requested additional information related to testing results of suspected controlled substances seized during the investigation. The government has agreed to provide the requested testing results. Based on the nature of the investigation, defense counsel require additional time to review discovery, and to conduct their own investigations regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Olaf Hedberg on behalf of Defendant Curtis Phillips, Attorney Michael Long on behalf of Defendant Charles Ray Goodman, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Greg Foster on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for August 17, 2017. The parties request to continue the status conference to December 7, 2017, at 9:30 a.m., and to exclude time between August 17, 2017 and December 7, 2017 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including 500 pages of investigative reports and three discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as

ORDER CONTINUING STATUS CONFERENCE

requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 17, 2017 to December 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: August 9, 2017

By   <u>Todd D. Leras for</u>
     JASON HITT
     Assistant United States Attorney

ORDER CONTINUING STATUS CONFERENCE

DATED: August 9, 2017

By   /s/ Todd D. Leras for
    OLAF W. HEDBERG
    Attorney for Defendant
    CURTIS PHILLIPS

DATED: August 9, 2017

By   /s/ Todd D. Leras for
    MICHAEL D. LONG
    Attorney for Defendant
    CHARLES GOODMAN

DATED: August 9, 2017

By   /s/ Todd D. Leras for
    TONI L. WHITE
    Attorney for Defendant
    DEBORAH POLLARD

DATED: August 14, 2017

By   /s/ Todd D. Leras
    GREG FOSTER
    Attorney for Defendant
    CONWAY PHILLIPS, JR.

DATED: August 9, 2017

By   /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    ELO WADLEY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the initial status conference in this matter, scheduled for August 17, 2017, is vacated. A new status conference is scheduled for December 7, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 17, 2017, up to and including December 7, 2017.

DATED: August 15, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE