TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
DEBORAH POLLARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY<br><br>Defendants. | CASE NO. 2:17-CR-00023 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

Defendant, CURTIS PHILLIPS, by and through his counsel of record, OLAF HEDBERG, Defendant, CHARLES RAY GOODMAN, by and through his counsel of record, MICHAEL LONG, Defendant DEBORAH POLLARD, by and through her counsel of record, TONI WHITE, CONWAY PHILLIPS, JR., by and through his counsel of record, STEVE PLESSER, Defendant ELO WILLIE WADLEY, by and through his counsel of record, TODD LERAS and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

1. By previous order, this matter was set for status on December 7, 2017.

2. By this stipulation, defendants now move to continue the status conference until February 8, 2018, at 9:30 a.m., and to exclude time between December 7, 2017 and February 8, 2018 under Local Code T4. The GOVERNMENT does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States has provided 687 pages of investigative reports along with three discs of recordings and other materials. This is a drug conspiracy case which includes the use of confidential sources, controlled purchases and a court-authorized wiretap of a pager and two cell phones. Defense counsel needs additional time to review the voluminous discovery, to conduct their own investigations regarding potential defenses in the case, to meet with their clients and to discuss the case further with the prosecutor.

    b. Counsels for defendants believe that failure to grant the above-requested continuance would deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The GOVERNMENT does not object to the continuance.

    d. The GOVERNMENT and counsel for each defendant are working toward resolution of the case while they prepare for the possibility of trial.

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of December 7, 2017 and February 8, 2018 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 4, 2017          PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 By:   */s/ Toni White for*
                                 JASON HITT
                                 Assistant U.S. Attorney

                                 For the United States

Dated: December 4, 2017          By:   */s/ Toni White*
                                 OLAF HEDBERG

                                 For Defendant Curtis Phillips

Dated: December 4, 2017          By:   */s/ Toni White*
                                 MICHAEL LONG

                                 For Defendant Charles Goodman

Dated: December 4, 2017          By:   */s/ Toni White*
                                 TONI WHITE

                                 For Defendant Deborah Pollard

Dated: December 4, 2017          By:   */s/ Toni White*
                                 STEVE PLESSER

                                 For Defendant Conway Phillips, Jr.

Dated: December 4, 2017          By:   */s/ Toni White*
                                 TODD LERAS

                                 For Defendant Elo Willie Wadley

**O R D E R**

IT IS SO FOUND AND ORDERED this 5th day of December, 2017.

_____
Troy L. Nunley
United States District Judge