The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

CURTIS PHILLIPS

Case Number: 2:17-cr-0023 TLN

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE**

**DATE: N/A**
**TIME: N/A**
**DEPT: Hon. Edmund F. Brennan**

    In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Edmund F. Brennan on January 30, 2017.

    I have spoken with Mr. Phillips' Pretrial Services Officer Ms. Ali Mirgain and she has informed me that she feels that a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency is appropriate. Further, both she and AUSA Jason Hitt agree that such a term should be added to Mr. Phillips' Special Conditions of Release as Condition #1. All other terms and conditions of Mr. Phillips' pretrial release are to remain in effect.

All other orders to remain unchanged.

IT IS THERFORE STIPULATED:

Mr. Phillips' Special Conditions of Release be amended and a new Amended Special Conditions of Release be ordered that reads as follows:

### SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Phillips, Curtis
No.: 2:17-CR-00023
Date: March 28, 2017

1. **You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer**;
2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
3. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;
4. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;
7. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;
8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
9. You must refrain from the **excessive use** of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

2

11. You must not associate or have any contact with the **co-defendants in this case** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

13. You must not financially encumber the properties located at 35 Marathon Court, Sacramento, and 212 Cookingham Way, Sacramento, during the pendency of the criminal case.

be substituted in their place. All other orders to remain unchanged.

Dated: March 28, 2018

McGregor Scott
United Sates Attorney

_____/S/_____
Jason Hitt
ASSISTANT UNITED STATES ATTORNEY

Dated: March 28, 2018
OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR CURTIS PHILLIPS

# O R D E R

Mr. Phillips' Special Conditions of Release are amended and a new Amended Special Conditions of Release is ordered that reads as follows:

## **AMENDED SPECIAL CONDITIONS OF RELEASE**

                                              Re: Phillips, Curtis
                                              No.: 2:17-CR-00041-2
                                              Date: March 28, 2018

1. **You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer**;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

4. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

7. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must refrain from the **excessive use** of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must not associate or have any contact with the **co-defendants in this case** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

13. You must not financially encumber the properties located at 35 Marathon Court, Sacramento, and 212 Cookingham Way, Sacramento, during the pendency of the criminal case.

be substituted in their place. All other orders to remain unchanged.

Dated: March 29, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE