MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for CHARLES GOODMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>             Defendants. | Case No.: 2:17-CR-023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     July 26, 2018<br>Time:    9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

     This matter is presently set for a status conference on May 17, 2018.  The case involves a charged conspiracy to distribute cocaine base.  The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and court-authorized wiretaps of a pager and two cellular telephones.  The government has provided voluminous discovery to defense counsel, including approximately 691 pages of investigative reports and

ORDER CONTINUING STATUS
CONFERENCE

three discs of recordings and other materials.

Based on the nature of the investigation, as well as Mr. Plesser's recent substitution into the case, all defense counsel require additional time to conduct their own investigations regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Olaf Hedberg on behalf of Defendant Curtis Phillips, Attorney Michael Long on behalf of Defendant Charles Ray Goodman, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Steve Plesser on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for May 17, 2018. The parties request to continue the status conference to July 26, 2018, at 9:30 a.m., and to exclude time between May 17, 2018 and July 26, 2018 under Local Code T-4. The United States does not oppose this request.

2. Due to the volume of discovery in the case, including 691 pages of investigative reports and three discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

ORDER CONTINUING STATUS
CONFERENCE

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 17, 2018 to July 26, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and all defense counsel have reviewed this proposed order and authorized Michael Long to sign it on their behalf.

DATED: May 15, 2018

By   /s/ Michael D. Long for
    JASON HITT
    Assistant United States Attorney

DATED: May 15, 2018

By   /s/ Michael D. Long for
    OLAF W. HEDBERG
    Attorney for Defendant
    CURTIS PHILLIPS

///

ORDER CONTINUING STATUS CONFERENCE

DATED: May 15, 2018

By   /s/ Michael D. Long
    MICHAEL D. LONG
    Attorney for Defendant
    CHARLES GOODMAN

DATED: May 15, 2018

By   /s/ Michael D. Long for
    TONI L. WHITE
    Attorney for Defendant
    DEBORAH POLLARD

DATED: May 15, 2018

By   /s/ Michael D. Long for
    STEVE PLESSER
    Attorney for Defendant
    CONWAY PHILLIPS, JR.

DATED: May 15, 2018

By   /s/ Michael D. Long for
    TODD D. LERAS
    Attorney for Defendant
    ELO WADLEY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for May 17, 2018, is vacated. A new status conference is scheduled for July 26, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 17, 2018, up to and including July 26, 2018.

DATED: May 15, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE