1    TONI WHITE (SBN 210119)
     ATTORNEY AT LAW
2    PO Box 1081
     El Dorado, CA  95623
3    Telephone:  (530) 885-6244

4

5    Attorney for Defendant
     DEBORAH POLLARD

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
     UNITED STATES OF AMERICA,               Case No.: 2:17-CR-023 TLN
12
                   Plaintiff,
13
     vs.                                      STIPULATION AND ORDER
14                                            CONTINUING STATUS CONFERENCE
                                              AND EXCLUDING TIME UNDER THE
15   CURTIS PHILLIPS, CHARLES RAY             SPEEDY TRIAL ACT
     GOODMAN, DEBORAH LYNN POLLARD,
16   CONWAY PHILLIPS, JR., and ELO WILLIE     Date:        April 4, 2019
     WADLEY,                                  Time:        9:30 a.m.
17                                            Court:       Hon. Troy L. Nunley
                   Defendants.
18

19

20

21

22          This matter is presently set for a status conference on April 4, 2019.  The case involves a

23   charged conspiracy to distribute cocaine base.  The Drug Enforcement Administration's

24   investigation included the use of confidential sources, controlled purchases, and court-authorized

25   wiretaps of a pager and two cellular telephones.  The government has provided voluminous

26   discovery to defense counsel, including nearly 500 pages of investigative reports and three discs

27

28   ORDER CONTINUING STATUS
     CONFERENCE

of recordings and other materials.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, Attorney Steve Plesser on behalf of Defendant Conway Phillips, Jr., and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for April 4, 2019. The parties request to continue the status conference to June 6, 2019, at 9:30 a.m., and to exclude time between April 4, 2019 and June 6, 2019 under Local Code T-4. The United States does not oppose this request.

2. Two of the defendants in this matter have reached resolution and the remainder are continuing to work toward the same. Due to the volume of discovery in the case, including 500 pages of investigative reports and three discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy

ORDER CONTINUING STATUS
CONFERENCE

Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 4, 2019 to June 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Jason Hitt and the below-signed defense counsel have reviewed this proposed order and authorized Toni White to sign it on their behalf.

DATED: March 29, 2019

By ___Toni White for___
JASON HITT
Assistant United States Attorney

DATED: March 29, 2019

By ___/s/ Toni White___
TONI L. WHITE
Attorney for Defendant
DEBORAH POLLARD

DATED: March 29, 2019

By ___/s/ Toni White for___
STEVE PLESSER
Attorney for Defendant
CONWAY PHILLIPS, JR.

ORDER CONTINUING STATUS
CONFERENCE

1    DATED:  March 29, 2019

                                                     By      /s/ Toni White for
2                                                          TODD D. LERAS
                                                          Attorney for Defendant
3                                                          ELO WADLEY

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER CONTINUING STATUS
      CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is

hereby ordered that the status conference in this matter, scheduled for April 4, 2019, is vacated.

A new status conference is scheduled for June 6, 2019, at 9:30 a.m.  The Court further finds,

based on the representations of the parties and Defendants' request, that the ends of justice

served by granting the continuance outweigh the best interests of the public and the defendants in

a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into

consideration the exercise of due diligence for the period from April 4, 2019, up to and including

June 6, 2019.

DATED: April 1, 2019

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE