DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: davefischer@yahoo.com

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CURTIS PHILLIPS,<br><br>    Defendant. | Case No.: 2:17-CR-00023 TLN<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

    Notice is hereby given that, subject to approval by the court, CURTIS PHILLIPS requests the court to substitute DAVID FISCHER, State Bar No. 224900, as appointed counsel in place of OLAF HEDBERG.

    OLAF HEDBERG was appointed to represent Mr. PHILLIPS. Mr. HEDBERG believes it is necessary to have another attorney appointed to represent Mr. PHILLIPS. CJA Panel Administrator KURT HEISER has assigned the case to Attorney DAVID FISCHER to request that he be allowed to substitute in as appointed counsel of record for Mr. PHILIPPS.

I concur in the substitution.

Date: April 9, 2019                    /s/ Olaf Hedberg
                                          OLAF HEDBERG, Attorney at Law

I concur in the substitution.

Date: April 9, 2019                    /s/ Curtis Phillips
                                          CURTIS PHILLIPS, Defendant

1 | I accept the appointment.

Dated: April 9, 2019                           /s/ David D. Fischer_____
                                               DAVID D. FISCHER, Attorney at Law

**O R D E R**

IT IS SO ORDERED.

Dated: April 10, 2019

_____
Troy L. Nunley
United States District Judge