TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICE OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
CURTIS PHILLIPS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00023 TLN |
| Plaintiff, | ORDER FOR SUBSTITUTION OF ATTORNEY |
| v. | |
| CURTIS PHILLIPS, | |
| Defendant. | |

It is respectfully requested that DAVID DELMER FISCHER, be relieved as appointed counsel of record for CURTIS PHILLIPS, and that TASHA PARIS CHALFANT, 5701 Lonetree Blvd., Suite 312, Rocklin, California 95765, (916) 444-6100, be substituted in as appointed counsel in the above-entitled case.

Mr. PHILLIPS has stated he understands and agrees to the substitution of counsel.

Respectfully submitted,

I accept the substitution and ask to be appointed.

Dated: May 14, 2021          /s/ Tasha Paris Chalfant
                              TASHA PARIS CHALFANT
                              Attorney at Law

I accept the substitution and ask to be relieved.

Dated: May 14, 2021

/s/David Delmer Fischer (Authorized 05/14/21)
DAVID DELMER FISCHER
Attorney at Law

I accept the substitution of Ms. TASHA PARIS CHALFANT as counsel.

Dated: May 17, 2021

/s/Curtis Phillips (Authorized 05/17/21)
CURTIS PHILLIPS
Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 18th day of May, 2021.

                                       Troy L. Nunley
                                       United States District Judge