UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CURTIS PHILLIPS,<br><br>        Defendant. | No.: 2:17-cr-00023-TLN<br><br>**SEALING ORDER** |

      Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the six-page document pertaining to Defendant Curtis Phillips, the accompanying exhibits, and Defendant's Request to Seal shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the United States and counsel for Defendant.

      IT IS SO ORDERED.

DATED:  February 7, 2022

                                                           Troy L. Nunley
                                                           United States District Judge