CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Curtis Phillips

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>CURTIS PHILLIPS, et al.,<br><br>             Defendants. | CR. No.: 2:17-cr-23 TLN<br><br>DEFENDANT CURTIS PHILLIPS'<br>WAIVER OF PERSONAL<br>APPEARANCE; ORDER |

    Defendant, Curtis Phillips, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, including the setting of trial dates, except that he will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered by the court.

    Defendant Phillips hereby requests the Court to proceed during any absence of the defendant that the Court may permit pursuant to this waiver.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present.  Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

    Defendant Phillips further acknowledges that he has been informed of his rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without her being present.

DATED: March 16, 2022     I consent to the above waiver of personal appearance.

/s/ Curtis Phillips
CURTIS PHILLIPS

DATED: March 16, 2022     I agree to the above waiver of personal appearance.

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ

DATED: April 5, 2022

I approve the above waiver of personal appearance.

_____
Hon. Troy L. Nunley
United States District Judge

- 2 -
04/05/22