Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
CURTIS PHILLIPS

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-00023-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING** |
| vs. | |
| CURTIS PHILLPS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Curtis Phillips, that the previously scheduled judgement and sentencing date of July 11, 2023, be vacated and the matter reset for judgement and sentencing on September 19, 2023, at 9:30 a.m.

The continuance will allow Probation to complete the final PSR.  The parties have conferred with the Probation Office, and the following disclosure schedule will apply:

| | |
|---|---|
| Judgment and Sentencing Date: | September 19, 2023 |
| Reply, or Statement of Non-Opposition: | September 12, 2023 |
| Formal Objections: | September 5, 2023 |
| Final Presentence Report: | August 29, 2023 |

**1**
**Stipulation and [Proposed] Order to Continue Judgement and Sentencing**

IT IS SO STIPULATED.

Dated:  June 29, 2023                              Respectfully submitted,

                                                  /s/ Michael E. Hansen
                                                  MICHAEL E. HANSEN
                                                  Attorney for Defendant
                                                  CURTIS PHILLIPS

Dated:  June 29, 2023                              PHILLIP TALBERT
                                                  United States Attorney

                                                  By:  /s/ Michael E. Hansen for
                                                  JASON HITT
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

**ORDER**

The Court adopts the proposed disclosure schedule, and the matter is continued to September 19, 2023.

IT IS SO ORDERED.

Dated:  **June 29, 2023**                              _____
                                                  UNITED STATES DISTRICT JUDGE