Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
CURTIS PHILLIPS

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:17-CR-00023-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE JUDGEMENT AND** |
| vs. | ) | **SENTENCING** |
| | ) | |
| CURTIS PHILLPS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Curtis Phillips, that the previously scheduled judgement and sentencing date of September 19, 2023, be vacated and the matter reset for judgement and sentencing on December 19, 2023, at 9:30 a.m.

The continuance is necessary to consult with the defendant who is housed in Nevada County and the parties' schedules.  The parties have conferred with the Probation Office, and the following disclosure schedule will apply:

Judgment and Sentencing Date:          December 19, 2023

Reply, or Statement of Non-Opposition:     December 12, 2023

Formal Objections:                    December 5, 2023

**1**
**Stipulation and Order to Continue Judgement and Sentencing**

1    IT IS SO STIPULATED.

2    Dated:  September 11, 2023                    Respectfully submitted,

3                                                  /s/ Michael E. Hansen
                                                   MICHAEL E. HANSEN
4                                                  Attorney for Defendant
                                                   CURTIS PHILLIPS
5

6    Dated:  September 11, 2023                    PHILLIP TALBERT
                                                   United States Attorney
7
                                                   By:  /s/ Michael E. Hansen for
8                                                  JASON HITT
                                                   Assistant U.S. Attorney
9                                                  Attorney for Plaintiff

10
                                  **ORDER**
11
            The Court adopts the proposed disclosure schedule, and the matter is continued to
12
     December 19, 2023, at 9:30 am. for sentencing.  **The court is not inclined to continue the**
13
     **sentencing hearing in this case again absent a compelling showing of good cause**.
14

15

16          IT IS SO ORDERED.

17
     Dated:   **September 12, 2023**            _____
18                                                  DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

**2**
**Stipulation and Order to Continue Judgement and Sentencing**